# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

jbarton@faillacelaw.com

MEMO ENDORSED

December 17, 2019

**VIA ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/17/2019___

Honorable Valerie E. Caproni
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    Yugsi Morocho et al v. VIP Nail Salon Inc. et al -19-cv-05546-VEC

Dear Judge Caproni:

We represent Plaintiff in the above-referenced matter.  We write, with the consent of Defendants, to request: (1) a three-week extension of the deadline to file our settlement documents; and (2) a concomitant adjournment of the status conference scheduled for January 3, 2019.  This is the first request of its kind.

The parties have been working diligently on finalizing their agreement and fairness motion, but anticipate needing a bit more time to get their agreement executed and to complete their motion.[1]  Additionally, the parties have consented to the jurisdiction of the Magistrate Judge, and have attached the relevant form for Your Honor's review.

Respectfully Submitted,

/s/*Jesse Barton, Esq.*
Jesse Barton, Esq.

Encl.

Application GRANTED.  Any letter motion, along with the settlement agreement, must be submitted no later than **January 10, 2020**.  Per the parties' consent and the Court's reference order, *infra*, the Clerk of Court is respectfully directed to refer this case to Magistrate Judge Cave for final resolution.

SO ORDERED.

12/17/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---

[1] My wife gave birth to our second child last month, which delayed the progress of submitting this a bit.

*Certified as a minority-owned business in the State of New York*

AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | |
|---|---|
| BLANCA ETELBINA YUGSI MOROCHO | ) |
| *Plaintiff* | ) |
| v. | )  Civil Action No.  19 CV 05546 |
| VIP NAIL SALON INC., et al. | ) |
| *Defendant* | ) |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| Parties' printed names | Signatures of parties or attorneys | Dates |
|---|---|---|
| BLANCA ETELBINA YUGSI MOROCHO | | 12/17/2019 |
| VIP Nail Salon INC. | | |
| Joo in OH | | 12/17/19 |
| Hye Sook OH | | |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date:  December 17, 2019

_____
District Judge's signature

Hon. Valerie Caproni
*Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.