# Ogletree Deakins

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*Attorneys at Law*

10 Madison Avenue, Suite 400
Morristown, NJ 07960
Telephone: 973-656-1600
Facsimile: 973-656-1611
www.ogletree.com

jennifer.rygiel-boyd@ogletree.com

January 10, 2020

**BY ECF**
Hon. Sarah L. Cave, U.S.M.J.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *Yugsi Morocho, et al v. VIP Nail Salon, et al.*
Case No.: 19-cv-5546

Dear Judge Cave:

On behalf of the parties, we respectfully request an extension until January 24, 2020 to submit the joint settlement letter and related documents. The parties are working diligently on finalizing the settlement papers, but need this short extension to do so as a result of the year-end holidays.

Thank you for your courtesies.

Respectfully submitted,

OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.

Jennifer Rygiel-Boyd

JRB/pmu

cc: Michael Westwood-Booth, Esq. (by ECF)
Jesse Barton, Esq. (by ECF)

---

The requested extension until **January 24, 2020** to submit the joint settlement papers is GRANTED.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 28.

SO ORDERED    1/13/2020

SARAH L. CAVE
United States Magistrate Judge

A South Carolina Professional Corporation ■ Peter O. Hughes ■ New Jersey Managing Shareholder

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Bloomfield Hills ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville
Houston ▪ Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Montréal (Canada) ▪ Minneapolis
Morristown ▪ Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington